United States District Court
Southern District of Texas
**ENTERED**
January 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD WEBER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-2948 |
| § | |
| CONN APPLIANCES, INC. d/b/a § | |
| CONN'S HOME PLUS, § | |
| § | |
| Defendant. § | |

## ORDER OF STAY AND ADMINISTRATIVE DISMISSAL

Pending before the Court is the Parties' Amended Stipulation to Arbitration (Document No. 6). The Court, having reviewed the stipulation on file, is of the opinion that it should be GRANTED. It is therefore

ORDERED that the above-styled case is STAYED pending the completion of arbitration, and for administrative reasons is DISMISSED without prejudice. Within thirty (30) days after the completion of the arbitral proceedings, any party may move to reopen this case for good cause, and shall attach to such motion a copy of this Order and a copy of the arbitral award.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 18th day of January, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE